**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8104**

---

In Re:  WILLIE LEE GRAHAM,

                                        Petitioner.

---

On Petition for Writ of Mandamus.
(CR-92-208-A, CA-94-472-AM)

---

Submitted:  January 18, 1996        Decided:  February 9, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Willie Lee Graham, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie Lee Graham filed this petition for a writ of mandamus complaining of his counsel's failure to inform him of the dismissal of his 28 U.S.C. § 2255 (1988) motion. Graham has identified no relief to which he is entitled and this petition cannot serve as a substitute for an appeal of the district court's dismissal of the § 2255 motion. See Mallard v. United States Dist. Court, 490 U.S. 296, 309 (1989); see also In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Accordingly, we grant leave to proceed in forma pauperis, but deny the petition for writ of mandamus. We deny Petitioner's motion for the appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED